UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FINANCIAL RESOURCES GROUP,
LLC, et al.,

    Plaintiffs,

Case No. 2:09-cv-14916

HONORABLE STEPHEN J. MURPHY, III

v.

MILLER, CANFIELD, PADDOCK
& STONE, et al.

    Defendants.
                                      /

## **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Plaintiffs, Financial Resources Group, LLC (FRG), and Anthony Merlo (collectively "Plaintiffs"), filed a legal malpractice claim against Miller, Canfield, Paddock, & Stone, PLC ("Miller Canfield"), and John A. Campbell, a former partner at Miller Canfield, on November 20, 2009. The Court granted summary judgment for Miller Canfield on October 7, 2010. At that time, Campbell had neither appeared nor been served. On October 28, 2010, the Court entered an order for FRG to show cause, by November 11, 2010, why the case should not be dismissed for failure to prosecute Campbell. FRG failed to respond to the order. The Court, therefore, dismisses the case against Campbell, with prejudice, for failure to prosecute.

    **SO ORDERED.**

                                    s/Stephen J. Murphy, III
                                    STEPHEN J. MURPHY, III
                                    United States District Judge

Dated: November 16, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 16, 2010, by electronic and/or ordinary mail.

                                            Alissa Greer
                                            Case Manager